## EVERYMD.COM LLC, a California Limited Liability Company, Plaintiff-Appellant

v.

## FACEBOOK INC., a Delaware Corporation, Defendant-Appellee

### 2017-2105

United States Court of Appeals, Federal Circuit.

March 9, 2018

FRANK MICHAEL WEYER, TECHCOAST-LAW, Los Angeles, CA, argued for plaintiff-appellant.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by LAM K. NGUYEN, MARK R. WEINSTEIN.

(O'Malley, Schall, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**